IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | : | |
| ROBERT KALIS, | : | Transferee E.D. Pa. Case No. 13-CV-60020 |
| Plaintiff, v. | : | Transferor N.D. Ill. Case No. 13-CV-5334 |
| A.W. CHESTERTON COMPANY, et al. | : | |
| Defendants. | : | |

FILED
JUL 25 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this **24th** day of **July** 2014, upon Plaintiff's and Defendant Owens-Illinois, Inc.'s Stipulation to Dismiss, it is hereby **ORDERED** that Plaintiff's claims against Owens-Illinois, Inc. are dismissed without prejudice, each party to bear its own costs.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.